UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RACHAEL S. JOHNSON,<br><br>    Plaintiff,<br>v.<br><br>STAR FURNITURE COMPANY,<br><br>    Defendants. | Case No.  4:20-cv-00315<br><br>Honorable Judge Andrew S. Hanen |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff RACHAEL S. JOHNSON, and the Defendant, STAR FURNITURE COMPANY , through their respective counsel that the above-captioned action is dismissed, with prejudice, against STAR FURNITURE COMPANY, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: June 30, 2020                                             Respectfully Submitted,

**RACHAEL S. JOHNSON**                              **STAR FURNITURE COMPANY**

/s/ Nathan C. Volheim                                         /s/ Julia A. Cook (*with consent*)
Nathan C. Volheim                                              Julia A. Cook
*Counsel for Plaintiff*                                           *Counsel for Defendant*
Sulaiman Law Group, LTD                                Schlanger Silver LLP
2500 S. Highland Avenue, Suite 200              109 North Post Oak Lane, Suite 300
Lombard, Illinois 60148                                   Houston, TX 77024
Phone: (630) 575-8181                                    Phone: (713) 785-1700
Fax :(630) 575-8188                                        Fax: (713) 785-2091
nvolheim@sulaimanlaw.com                         jcook@schlangersilver.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim\_\_\_\_\_
Nathan C. Volheim
