United States District Court
Southern District of Texas
**ENTERED**
July 07, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RACHAEL S. JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-315 |
| | § | |
| STAR FURNITURE COMPANY, | § | |
| | § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

In accordance with the Agreed Stipulation of Dismissal with Prejudice filed on June 30, 2020 (Doc. No. 16), this case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

SIGNED at Houston, Texas, this _6th_ day of July 2020.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE